No. 91–7962. BOLINDER v. GALLARDO. Ct. App. Utah. Certiorari denied.

No. 91–7964. SHAW v. SENKOWSKI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 91–7968. DELLAERO v. ABRAMS, ATTORNEY GENERAL OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 91–7976. SHUMATE v. NCNB NATIONAL BANK OF NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–7978. ALKATABI ET AL. v. UNITED STATES DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–7981. DAVIS v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 91–7982. HOWELL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–7983. EAST v. WEST ONE BANK, N. A., PERSONAL REPRESENTATIVE OF THE ESTATE OF LOGAN. Ct. App. Idaho. Certiorari denied.

No. 91–7985. DAVASHER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 91–7988. ZICHKO v. NAVARRO. Sup. Ct. Idaho. Certiorari denied.

No. 91–7990. WHIGHAM v. NEW YORK TELEPHONE. C. A. 2d Cir. Certiorari denied.

No. 91–7992. WOHLFORD ET UX. v. MAYS ET AL. Cir. Ct. Wythe County, Va. Certiorari denied.

No. 91–7998. CRUSE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–8006. MASTERSON v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.